CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2013

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 5:95cr70046-1 |
| v. | **2255 FINAL ORDER** |
| OMAR YUSUF DESANGES. | By: Samuel G. Wilson<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Desanges' 28 U.S.C. § 2255 motion (ECF No. 88) is **DISMISSED without prejudice** as successive and this case is hereby **STRICKEN** from the active docket of the court.

Further, finding that Desanges has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 13th day of August, 2013.

_____
United States District Judge